# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Perez,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:12cv580

Wells Fargo Bank, N.A.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

                                                Signed: October 30, 2012

Frank G. Johns, Clerk
United States District Court